IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 03-35-1 |
| STEVEN ALLEN SCHWARTZ | |

## ORDER

**AND NOW**, this 12th day of February, 2018, upon consideration of Defendant's Motion to Open Section 2255 Proceedings pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (ECF No. 539), and the Government's response thereof (ECF No. 543), and Defendant's Reply thereto (ECF No. 553), as well as Defendant's Motion to Reconsider this Court's August 30, 2017 Order (ECF No. 544) and the Government's Reply thereto (ECF No. 551), and following a hearing on the Motions, it is **HEREBY ORDERED** as follows:

(a) Petitioner's Motion to Open Section 2255 Proceedings (ECF No. 539) is **DENIED** with prejudice as to his request to reopen the record to amend his petition and file a reply to the government's response and **DENIED** without prejudice to seek a certificate of appealability from the Court of Appeals for the Third Circuit as to Petitioner's other claims.

(b) Petitioner's Motion to Reconsider this Court's August 30, 2017 Order (ECF No. 544) is **DENIED** with prejudice.

(c) Petitioner, Steven Allen Schwartz, is barred from filing any further motions challenging his conviction in this Court unless he obtains express permission from this Court for good cause or he obtains permission from a three-judge panel of the Court of Appeals to file a successive application for habeas relief.

BY THE COURT:

WENDY BEETLESTONE, J.