IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN ALLEN SCHWARTZ | CRIMINAL ACTION<br>NO. 03-35-1 |

# O R D E R

**AND NOW**, this 1st day of August, 2022, upon consideration of Petitioner Steven Schwartz's Brief in Response to the Order to Show Cause as to the imposition of a filing injunction to bar Petitioner from filing further motions challenging his conviction (ECF Nos. 589, 590), the Government's Brief in Response thereto (ECF No. 593), the Parties' arguments made at the hearing held on June 2, 2022 (ECF No. 595), the Government's Motion on the Propriety of a Filing Injunction Extending Beyond this Case (ECF No. 597), and the Petitioner's Brief in Opposition thereto (ECF No. 600), **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Petitioner Steven Schwartz is **BARRED** from filing any further motions challenging his conviction in this Court unless he obtains permission from this Court, or he obtains permission from a three-judge panel of the Court of Appeals to file a successive application for habeas relief.

2. The Government's Motion for a Filing Injunction Extending Beyond this Case is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**